IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Aurelio DURAN GONZALEZ, Maria C. ESTRADA, Maria Luisa MARTINEZ DE MUNGUIA, Irma PALACIOS DE BANUELOS, Lucia MUNIZ DE ANDRADE, Karina NORIS, Adriana POUPARINA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and Janet NAPOLITANO, Secretary of the Department of Homeland Security,<br><br>Defendants. | Case No. CV 06-1411-MJP<br><br><br>ORDER GRANTING STIPULATED MOTION TO REOPEN CASE TO IMPLEMENT FINAL SETTLEMENT |

The parties' stipulated motion to reopen the case (Dkt. No. 97) to implement the final settlement as submitted in the simultaneously filed motion for preliminary approval of the final settlement is GRANTED.

ORDER TO REOPEN CASE TO IMPLEMENT
FINAL SETTLEMENT - 1

IT IS SO ORDERED.  The clerk is ordered to provide copies of this order to all counsel.

Dated this 21st day of March, 2014.

_____
Marsha J. Pechman
Chief United States District Judge

ORDER TO REOPEN CASE TO IMPLEMENT
FINAL SETTLEMENT - 2