1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

AURELIO DURAN GONZALEZ,

CASE NO. C06-1411-MJP

11

Plaintiff,

ORDER GRANTING MOTION FOR
PRELIMINARY APPROVAL OF
SETTLEMENT AGREEMENT,
AMENDMENT OF THE CLASS
DEFINITION, AND APPROVAL OF
NOTICE TO CLASS

12

v.

13

US DEPARTMENT OF HOMELAND
SECURITY, et al.,

14

Defendants.

15

16

17

18

This matter comes before the Court on the joint motion of Plaintiffs Aurelio Duran Gonzalez, et al., and Defendants United States Department of Homeland Security, et al., (Dkt. No. 98) requesting that the Court:

19

20

1.   Preliminarily approve the Settlement Agreement and Release ("Settlement"). (Ex. A.)

21

22

2.   Amend the Definition of the certified class to the Definition agreed in the Settlement.  (Ex. A, Part I, Section D.)

23

24

ORDER GRANTING MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
AGREEMENT, AMENDMENT OF THE CLASS
DEFINITION, AND APPROVAL OF NOTICE TO
CLASS- 1

3.    Approve the Notice of Proposed Settlement Agreement and Hearing in Class Action ("Notice of Proposed Settlement").  (Ex. B.)

4.    Find that the provisions in the Settlement for the Notice of Proposed Settlement Agreement and Hearing in Class Action satisfy the notice requirements of Federal Rule of Civil Procedure 23(e)(1)(B).

5.    Set a fairness hearing for final determination on whether the Settlement is fair, reasonable, and adequate.

Having considered the parties' joint motion and all documents submitted in support thereof, the Court GRANTS the parties' motion.

IT IS ORDERED that the Settlement Agreement and Release (ECF No. xx-1) is preliminarily APPROVED;

IT IS FURTHER ORDERED that the Class Definition is amended as follows:

"Any person who:

1.    Is the beneficiary or derivative beneficiary of an immigrant visa petition or labor certification filed on or before April 30, 2001, provided that, if the immigrant visa petition or labor certification was filed after January 14, 1998:

a.    the beneficiary was physically present in the United States on December 21, 2000, or

b.    if a derivative beneficiary, the derivative beneficiary or the primary beneficiary was physically present in the United States on December 21, 2000.

2.    Is inadmissible to the United States under section 212(a)(9)(C)(i)(II) of the Immigration and Nationality Act ("INA"), because he or she entered or

ORDER GRANTING MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
AGREEMENT, AMENDMENT OF THE CLASS
DEFINITION, AND APPROVAL OF NOTICE TO
CLASS- 2

1    attempted to reenter the United States without being admitted after April 1,

2    1997, and without permission after having previously been removed;

3    3.   Properly filed a Form I-485 (Application to Adjust Status) and Form I-485

4    Supplement A (Adjustment of Status Under Section 245(i)) while residing

5    within the jurisdiction of the Ninth Circuit on or after August 13, 2004, and on

6    or before November 30, 2007;

7    4.   Filed a Form I-212 (Application for Permission to Reapply for Admission Into

8    the United States After Deportation or Removal) on or after August 13, 2004,

9    and on or before November 30, 2007;

10   5.   Form I-485, Form I-485 Supplement A, and Form I-212 were denied by U.S.

11   Citizenship and Immigration Services ("USCIS") and/or the Executive Office

12   for Immigration Review ("EOIR") on or after August 13, 2004, or have not yet

13   been adjudicated;

14   6.   Is not currently subject to pending removal proceedings under INA § 240, or

15   before the United States Court of Appeals for the Ninth Circuit on a petition for

16   review of a removal order resulting from proceedings under INA § 240; and

17   7.   Did not enter or attempt to reenter the United States without being admitted

18   after November 30, 2007.

19   Class members are further divided into three subclasses, as follows:

20   1.   Subclass A:  Class Members (i) who have remained physically present in the

21   United States since the filing of the Form I-485, Form I-485 Supplement A, and

22   Form I-212, and (ii) against whom removal proceedings under INA § 240 were

23   not initiated with the filing of a Notice to Appear subsequent to the filing of the

24   ORDER GRANTING MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
AGREEMENT, AMENDMENT OF THE CLASS
DEFINITION, AND APPROVAL OF NOTICE TO
CLASS- 3

1    Form I-485, Form I-485 Supplement A, and Form I-212 ("Subclass A
2    Members");

3    2. Subclass B:  Class Members: (i) who have remained physically present in the
4    United States since the filing of the Form I-485, Form I-485 Supplement A, and
5    Form I-212; (ii) against whom removal proceedings under INA § 240 were
6    initiated by the filing of a Notice to Appear, subsequent to the filing of the Form
7    I-485, Form I-485 Supplement A, and Form I-212; (iii) who have a final,
8    unexecuted order of removal; (iv) who have no pending direct appeals of that
9    order, including a petition for review before the Court of Appeals for the Ninth
10   Circuit; (v) whose applications to adjust status were denied based upon final
11   administrative determinations of inadmissibility by the Executive Office for
12   Immigration Review under INA § 212(a)(9)(C)(i)(II) and whose final orders of
13   removal were not entered *in absentia*; and (vi) for whom the Ninth Circuit Court
14   of Appeals did not apply the *Montgomery Ward* test as set forth in the *Garfias-*
15   *Rodriguez* decision, to determine whether *Matter of Torres-Garcia,* 23 I. & N.
16   Dec. 866 (BIA 2006), was properly retroactively applied to them ("Subclass B
17   Member"); and

18   3. Subclass C:  Class Members (i) who have departed the United States after filing
19   the Form I-485, Form I-485 Supplement A, and Form I-212, (ii) who remain
20   physically outside the United States; and (iii) who have properly filed an
21   immigrant visa application with the United States Department of State, or who
22   will file an immigrant visa application within one year of the effective date of this
23   agreement ("Subclass C Members")."

24   ORDER GRANTING MOTION FOR
     PRELIMINARY APPROVAL OF SETTLEMENT
     AGREEMENT, AMENDMENT OF THE CLASS
     DEFINITION, AND APPROVAL OF NOTICE TO
     CLASS- 4

1   IT IS FURTHER ORDERED that the Notice of Proposed Settlement Agreement and Hearing

2   in Class Action filed as ECF No. xx-2 is APPROVED.

3   IT IS FURTHER ORDERED that the provisions for notice of the proposed settlement and

4   hearing to the class are APPROVED.

5          IT IS FURTHER ORDERED that the fairness hearing is set for July 11, 2014 at 9 a.m.

6

7          The clerk is ordered to provide copies of this order to all counsel.

8          Dated this 21st day of March, 2014.

9

10

11         Marsha J. Pechman
           Chief United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24   ORDER GRANTING MOTION FOR
     PRELIMINARY APPROVAL OF SETTLEMENT
     AGREEMENT, AMENDMENT OF THE CLASS
     DEFINITION, AND APPROVAL OF NOTICE TO
     CLASS- 5